PER CURIAM.

(No. 75-CC-98—)

GUNTHORP-WARREN PRINTING CO., Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE ATTORNEY GENERAL, Respondent.

*Opinion filed October 4, 1974.*

GUNTHORP-WARREN PRINTING CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.